IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEE SCHOOL LOFTS, L.L.C. )
)
    Plaintiff )
)
v. ) Civ. No. No. 3:08cv427
)
AMTAX HOLDINGS 106 LLC, )
)
PROTECH 2002-A, LLC, )
)
AMERICAN TAX CREDIT CORPORATE FUND )
XVII LP )
)
and )
)
AMTX FUND XVII GP, INC. )
)
    Defendants )

## ORDER GRANTING MOTION TO DISMISS
## FOR WANT OF PRSONAL JURISDICTION

The Motion of defendants American Tax Credit Corporate Fund XVII LP and AMTX Fund XVII GP, Inc. for dismissal under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction (docket entry #11) is before the Court for decision.

It appearing from the endorsement of this order by counsel for the plaintiff that this relief is consented to, it is, therefore, ORDERED that this Motion is GRANTED and the complaint is dismissed as to these parties without prejudice.

Let the Clerk serve copies of this order on counsel for the parties.

ENTER: 2 / 26 / 09

/s/
Robert E. Payne
Senior United States District Judge

I ask for this:

*[signature]*

Michael R. Shebelskie (VSB No. 27459)
Edward P. Noonan (VSB No. 43067)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219
(804) 788-8200 / (804) 788-8218
mshebelskie@hunton.com, enoonan@hunton.com
Counsel for American Tax Credit Corporate Fund XVII LP and AMTX Fund XVII GP, Inc.

Consented to:

*[signature]*

W. R. Baldwin, III (VSB #16988)
W. Reilly Marchant (VSB #18591)
Marchant, Honey & Baldwin, LLP
5600 Grove Avenue
Richmond, VA 23226
Voice: (804) 285-3888
Fax: (804) 285-7779
Counsel for the Plaintiff
Email: billbaldwin@comcast.net